ACCEPTED
01-14-00257-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 10:47:14 AM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00257-CV**

IN THE

**COURT OF APPEALS**
**FIRST DISTRICT OF TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/2/2015 10:47:14 AM

CHRISTOPHER A. PRINE
Clerk

**JAMES T. DREILING and SILVEROAK**
**LAND COMPANY, L.P.,**
*Appellants,*
*v.*
**SECURITY STATE BANK & TRUST,**
*Appellee.*

**From the County Court at Law of Kendall County, Texas,**
**Cause No. 12-473CCL, the Honorable Bill Palmer Presiding**

**APPELLANTS' DESIGNATION OF LEAD COUNSEL**

**DECKER JONES, P.C.**
Burnett Plaza, Suite 2000
801 Cherry Street, Unit 46
Fort Worth, Texas 76102
817-336-2400 (telephone)
817-336-2181(facsimile)

DANIEL L. BATES
State Bar No. 01899900
STEPHEN L. POLOZOLA
State Bar No. 24027625
KYLE B. FONVILLE
State Bar No. 24087530

**ATTORNEYS FOR APPELLANTS**

**TO THE HONORABLE FIRST DISTRICT COURT OF APPEALS:**

Appellants, JAMES T. DREILING and SILVEROAK LAND COMPANY, L.P., hereby submit this Designation of Lead Counsel and would respectfully show as follows:

Appellants designate the following as lead counsel and request that the Court and all attorneys of record direct all further notices, motions, briefs, correspondence, and papers as follows:

> **Daniel L. Bates** (*Lead appellate counsel*)
> State Bar No. 01899900
> Decker Jones, P.C.
> 801 Cherry Street, Unit #46
> Burnett Plaza, Suite 2000
> Fort Worth, Texas 76102
> (817) 336-2400 (telephone)
> (817) 336-2181 (facsimile)
> Email: dbates@deckerjones.com

Respectfully submitted,

**DECKER JONES, P.C.**
Burnett Plaza, Suite 2000
801 Cherry Street, Unit 46
Fort Worth, Texas 76102
817-336-2400 (telephone)
817-336-2181 (facsimile)

By:     */s/ Daniel L. Bates*
          DANIEL L. BATES
          State Bar No. 01899900
          Email: dbates@deckerjones.com
          STEPHEN L. POLOZOLA
          State Bar No. 24027625
          Email: spolozola@deckerjones.com
          KYLE B. FONVILLE
          State Bar No. 24087530
          Email: kfonville@deckerjones.com

**ATTORNEYS FOR APPELLANTS,
JAMES T. DREILING and SILVEROAK
LAND COMPANY, L.P.**


**JAMES T. DREILING**

By:     */s/ James T. Dreiling*
          JAMES T. DREILING, Appellant

**SILVEROAK LAND COMPANY, L.P.**

By:     */s/ James T. Dreiling*
          JAMES T. DREILING, as authorized
          representative of Appellant Silveroak
          Land Company, L.P.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served on counsel of record on February 2, 2015 in the matter indicated below:

***Via ECF***
Patrick M. Dooley, Esq.
516 West Main St.
Fredericksburg, Texas 78624
Email: dooleym@austin.rr.com

By:    */s/ Daniel L. Bates*
       DANIEL L. BATES